May I please address the Court? Good morning. Thank you for giving me the opportunity to be here today to be able to complete my case and hopefully have my day in court. I came from Buenos Aires, Argentina for this occasion, where I relocated more than two years ago as a result of the facts I laid out in my complaint, which basically entail abuse of process marked by criminal activity of almost 15 years carried out by the other side, both in the U.S. and Europe, as well as breach of contract in connection with stipulation ordered by a Connecticut court. This means that there are ongoing simultaneous proceedings in Connecticut right now at the appellate court, and I invoke the recent President of the Court, which is Hunter v. McMahon, in order to consolidate those proceedings in federal court and hopefully under a new district court judge. I put forward before the Court four issues, very clear. One of them is the grounds in order for my complaint to advance. The second one is the reason argued by the district court to dismiss my complaint in terms of absolute immunity related to clerks and judges, because the only ground allowed in my case was in Section 1983, although I also argued diversity of citizenship. The third is that this long process of almost two years and a half simply to dismiss my complaint under those grounds violated my due process, in the sense that I was treated unequally, and as a result I requested on objective grounds the disqualification of a district court judge officiating in this case, along with a U.S. magistrate. In action, I argue that if it is strictly needed, a Section 1983 claim, the two initial defendants who are private actors fall within the private actor liability of Section 1983 because of a strong nexus or connection with improper governmental goals. The definition of abuse of process inherently entails the activity of public officers or state actors. The issue is whether those actors are victims of it, like in the case of Spain that I just related to, or they are complicit in an illegal activity. I claim the latter in Connecticut. So the fact that criminal activity and lack of subject matter jurisdiction were invoked by me, that means that there is no absolute immunity. If the court were to be forcing me to sue public officers, which I didn't do in the end, I simply added a clerk because I was requested to do so by the U.S. District Court. This is very important. I did what the District Court asked me to do. This is Mr. Diamond? Correct. The District Court asked you to sue Mr. Diamond? Indirectly, yes. The reason being is that there were no other grounds in the view of the court for my federal complaint to move forward except Section 1983. So in footnote number one, they identified Mr. Diamond, and they asked me to amend my complaint in order to move forward, and otherwise he would be dismissed without prejudice. I did it because I had no other way, despite the fact that I asked for clarifications why diversity of citizenship, for instance, which is clear by now in many respects, was not allowed. None were provided, so I was just getting into a tunnel that I couldn't get out. And even though that is the case, there is also an angle pulled forward by me, which is the private act of liability under 1983, which doesn't necessarily mean I need to involve public officers. With due respect, in the end it is the plaintiff determining who to sue. And I decided to go for those who abused the system, not the system itself. And so I received a welcome, the recent precedent from the court, which was right after I filed my brief, which is Hunter v. MacMahon, because it falls right into my case. There is clearly significant hostility in Connecticut courts because I am pursuing this venue. I had to add a public officer to this lawsuit as a result of an order from a U.S. District Court judge. So it is very uncomfortable dealing with both things. And I prefer just to have the possibility of dealing with this tragedy in just one single forum and hopefully achieve justice. Thank you for your argument this morning. We have your briefing, and I think we understand the basis for your claim. Thank you. Thank you so much. Appreciate it.